# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **DARRYL DUPUY** | **CIVIL ACTION NO. 6:17-CV-00616** |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| **ADAPA INC.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned cause is hereby **DISMISSED WITHOUT PREJUDICE**. The February 10, 2020 trial of this matter is **UPSET**.

MONROE, LOUISIANA, this 27th day of March, 2019.

_____
Terry A. Doughty
United States District Judge